United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11201

**AMON, C.J.**

**BLOOM, M.J.**

ORIGINAL **CV 15    6696**

Odom Maurice Martins Moyen — Dean Sp. Ass.
457 Clarkson Avenue                              -1970-
Brooklyn, New York 11203
Phone - 718-245-2241                    Biophysical Science
                                              (Asp)
vs
                                        Georgetown
                                        University School
                                            of
                                        Medicine

Dr. Renuka Ananthamooran — Director of
Kings County Hospital Center Psychiatry
451 Clarkson Avenue
Brooklyn, New York 11203

Phone - 718-245-3131

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ NOV 30 2015 ★
BROOKLYN OFFICE

New [illegible]
[illegible]
New Scotland Yard
Brooksouth
London, England
[illegible] 202-270-1287 fax

Magistrate Justice
Lois Bloom

Chief Judge
Carol Bagley Amon

Plaintiff Wari Branch
In-Admission - 2009 to
2015. Did not sign
form for remedies [illegible]
following - Internal to
Ambul-Or Give - Presents to
Plaintiff - PLn A.M. No Consent
from Client [illegible]

Prior Cases Against
Defendant

2009 to 2015
8 × Million Dollars in
damages - Plaintiff
wrongful [illegible]

Index Case Number - 12377/15. Motion for Discharge
Director of Psychiatry - Issues. Affirmation in
Further Opposition, Needing to Supplement - Claims
(1) South Beach Psychiatric Center
(2) Kingsboro Psychiatric Center

That both hospitals are under Congressional investigation into psychiatric malpractice in New York State.

That both are subject of psychiatric malpractice civil lawsuits in the United States District Court of the Eastern District of New York.

That the law firm.

McAlpin and Friedman
123 William Street
New York, New York 10038-3804
Phone - 212-732-8700
Fax 212-227-2903

1 - The subject of my case filed in the United States District Court for the Eastern District of New York 13-MC-572 Docket Number for one hundred million dollar ($100M) N Re: ADA - Americans with Disabilities Act Civil Lawsuit against McAlpin and Friedman.

_____
Claude Maurice Matthews Meyer

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
-------------------------------------------x
In the Matter of the Application of the Retention of

MAURICE MAYNARD

                         Petitioner,

                  -against-

RENUKA ANANTHAMOORTHY, M.D., Director of the
Department of Psychiatry, Kings County Hospital Center,

                        Respondent.
-------------------------------------------x

Index No. 12377/15

**AFFIRMATION IN**
**PARTIAL OPPOSITION**

**NICOLE KLEIN**, an attorney duly admitted to practice law before the courts of the State of New York, affirms the following under penalty of perjury pursuant to CPLR § 2106:

1. I am an associate with the law firm of McALOON & FRIEDMAN, P.C., attorneys for defendant NEW YORK CITY HEALTH and HOSPITALS CORPORATION (referenced in the caption as RENUKA ANANTHAMOORTHY, M.D., Director of the Department of Psychiatry, Kings County Hospital Center). As such, I am familiar with the facts and circumstances herein based upon a review of the files maintained by this office.

2. This Affirmation is submitted in partial opposition to Petitioner's OTSC requesting a rehearing and review pursuant to Mental Hygiene Law §9.33.

3. Respondent does not oppose the portion of Petitioner's applicable seeking de novo rehearing of petitioner's Mental Hygiene Law matter pursuant to §9.33.

4. However, respondent respectfully requests that prior to sending this matter to the trial readiness part, that the Court so-order subpoenas for the various psychiatric hospitals (other than KCH) where the Petitioner was recently admitted. This includes South Beach Psychiatric Center and Kingsboro Psychiatric Center. It is also respectfully requested that the trial date be scheduled with consideration of the time need by the aforementioned facilities to produce said records for trial.

Exhibit A

**WHEREFORE**, it is respectfully requested an order be issued granting the relief requested herein as well as such other and further relief as to the Court may seem just and proper.

Dated: New York, New York
       November 13, 2015

McALOON & FRIEDMAN, P.C.

By: _____
NICOLE KLEIN, ESQ.
Attorneys for Respondent NYCHHC (RENUKA ANANTHAMOORTHY, M.D., Director of the Department of Psychiatry, Kings County Hospital Center
Office and P.O. Address
123 William Street - 25th Floor
New York, New York 10038

Index No.: 12377    15
SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

---

In the Matter of the Application of the Retention of
MAURICE MAYNARD

       Plaintiff,

- against -

RENUKA ANANTHAMOORTHY, M.D., Director of the
Department of Psychiatry, Kings County Hospital Center,

       Defendants.

---

**AFFIRMATION IN PARTIAL OPPOSITION**

---

McAloon & Friedman, P.C.
Attorneys for Defendant
*Office and Post Office Address, Telephone*
**123 William Street**
**New York, New York 10038-3804**
**(212) 732-8700  (212) 227-2903**

---

Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information and belief and reasonable inquiry, the contentions contained in the annexed document are not frivolous.

Dated: November 13, 2015    Signature: _____
             Print Signer's Name: NICOLE KLEIN, ESQ.

---

To

Attorney(s) for

---

Service of a copy of the within               is hereby admitted.
Dated,
            Attorney(s) for

---

Sir: - Please take notice
[ ] Notice of Entry  that the within is a *(certified)* true copy of a    duly entered in
       the office of the clerk of the within named court on _____ 20___

[ ] Notice of Settlement that an order  of which the within is a true copy will be presented
       for settlement to the HON. _____ on of the judges of the
       within named court, at _____ on _____ 20___
       at

Dated,         Yours, etc.

         McAloon & Friedman, P.C.
         Attorneys for
         *Office and Post Office Address, Telephone*
         **123 William Street**
         **New York, New York 10038-3804**